ORDER:
Motion granted. ICMC is reset for May 7, 2012, at 11:00 a.m.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FREDERICK J. ROBERTS, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br>BANK OF AMERICA CORPORATION,<br>and FIA CARD SERVICES, N.A.,<br><br>Defendants. | Civil Action No. 3:12-cv-00236<br><br>Judge John T. Nixon<br><br>**CLASS ACTION**<br><br><br><br><br><br>**DEMAND FOR JURY TRIAL** |

### JOINT MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE

The parties jointly move this Court to continue the Initial Case Management Conference currently set for 10:30 a.m., Monday, April 23, 2012 until Monday, May 7, 2012 at 11:00 a.m. In support hereof the parties would show that the principal attorney for the Plaintiff will be out of town on April 23, 2012 and attorney for the Defendant has just been retained.

DATED: April 17, 2012

BARRETT JOHNSTON, LLC
DOUGLAS S. JOHNSTON, JR.
TIMOTHY L. MILES

/s/ Douglas S. Johnston, Jr.
DOUGLAS S. JOHNSTON, JR.

217 Second Avenue, North
Nashville, TN 37201-1601
Telephone: 615/244-2202
615/252-3798 (fax)
djohnston@barrettjohnston.com
tmiles@barrettjohnston.com